UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE BOLDT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NAC, INC. d/b/a NAC ARCHITECTURE, <br><br> Defendant. | NO: 2:18-CV-0175-TOR <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Voluntary Dismissal without Prejudice (ECF No. 14). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

This action is **DISMISSED** without prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED October 11, 2018.



THOMAS O. RICE
Chief United States District Judge